B 5 (Official Form 5) (12/07)

# UNITED STATES BANKRUPTCY COURT

Central District of California

**INVOLUNTARY PETITION**

| IN RE (Name of Debtor – If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| BLX Group, Inc. | Blixseth Group, Inc. |

Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| 71534 Sahara Road, Rancho Mirage, CA 92270 | |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS Riverside County, California    ZIP CODE 92270 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
Rancho Mirage, California

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

✔ Chapter 7     ☐ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts (Check one box.) | Type of Debtor (Form of Organization) | Nature of Business (Check one box.) |
|---|---|---|
| Petitioners believe: | ☐ Individual (Includes Joint Debtor) | ☐ Health Care Business |
| | ✔ Corporation (Includes LLC and LLP) | ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B) |
| ☐ Debts are primarily consumer debts | ☐ Partnership | ☐ Railroad |
| ✔ Debts are primarily business debts | ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Stockbroker |
| | | ☐ Commodity Broker |
| | | ☐ Clearing Bank |
| | | ✔ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ✔ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. | ✔ Full Filing Fee attached |
| ☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. *[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

## PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
### OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor Edra Blixseth | Case Number 09-60452-RBK | Date 03/26/2009 |
|---|---|---|
| Relationship Shareholder (100%) | District D. Montana | Judge Hon. Ralph B. Kirscher |

## ALLEGATIONS
### (Check applicable boxes)

1. ✔ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ✔ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3. a. ✔ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;

     or

    b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

COURT USE ONLY

FILED
SEP 22 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**Name of Debtor** BLX Group, Inc.

**Case No.** _____

---

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _____ | x _____ 09/17/2009 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Timothy Blixseth            09/17/2009 | Stillman & Associates     Bar No. 152861 |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | 508 Meadowmist Court, Ste B, Encinitas, CA 92024 |
| Name & Mailing | Address |
| Address of Individual   _____ | (888) 235-4279 |
| Signing in Representative  _____ | Telephone No. |
| Capacity               _____ | |

| | |
|---|---|
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| London Group Realty Advisors, Inc   09/21/2009 | |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing       Gary London | Address |
| Address of Individual  702 Ash Street, Ste. 101 | |
| Signing in Representative  San Diego, CA 92101 | Telephone No. |
| Capacity | |

| | |
|---|---|
| x _____ | x _____ 09/17/2009 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Jon Stack             09/17/2009 | |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | Address |
| Address of Individual   _____ | |
| Signing in Representative  _____ | Telephone No. |
| Capacity               _____ | |

---

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Timothy Blixseth c/o 508 Meadowmist Ct., Encinitas, CA | Liquidated | 1,000,000.00 |
| London Group, 702 Ash St., Ste. 101, San Diego, CA | Business | 81,870.17 |
| Jon Stack, 12254 Middlebrook Square San Diego, CA | Business | 430,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 1,511,870.17 |

# ATTACHMENT 1

## Pending Bankruptcy Cases Filed By Affiliates Of Debtor

| Debtor | Case No.[1] | District | Relation | Date Filed |
|--------|---------|----------|----------|------------|
| Yellowstone Mountain Club, LLC | 08-61570 | D. Mont | Debtor owns over 80% of interests | 11/10/2008 |
| Yellowstone Development LLC | 08-61571 | D. Mont | Debtor owns over 80% of interests | 11/10/2008 |
| Big Sky Ridge, LLC | 08-61572 | D. Mont | Debtor owns over 80% of interests | 11/10/2008 |
| Yellowstone Club Construction Co., LLC | 08-61573 | D.Mont | Debtor owns over 80% of interests | 11/10/2008 |

1.      Yellowstone Mountain Club, LLC's Chapter 11 bankruptcy case was administratively consolidated with the Chapter 11 bankruptcy cases of Yellowstone Development, Big Sky Ridge, and Yellowstone Club Construction on November 13, 2008, with Yellowstone Mountain Club being the lead case, all before Judge Kirscher.  The Third Amended Plan for Reorganization of the consolidated debtors was confirmed on June 2, 2009.